THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Calvin Leon Leneau, Appellant.
 
 
 

Appeal From Sumter County
 Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2005-UP-545
Submitted October 3, 2005  Filed October 12, 2005   

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda H. Carter, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, ; all of Columbia, for Respondent.
 
 
 

PER CURIAM: Calvin Leneau appeals his conviction for armed robbery.  His counsel contends the trial court erred in allowing the State to exercise two peremptory challenges in a discriminatory manner and by failing to hold a hearing on the issue. After a thorough review of the record   pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Leneaus appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.